Good morning, Your Honor. This is Parker. I'm the counsel of Dwight Pollard. I'm 16 years in this court, and I'm a law enforcer. I've been a law inspector on a statutory basis and as a policy basis. In this case, I'm the law enforcer. In this case, there's many problems. It's an unconstitutional and unlawful statutory authority. It's unacceptable, and there's no work to do. There's no courtesy. The court order has no relation at all to the many problems that are being alleged, either correctly or incorrectly. Please tell us why you're referring to the LAPD authority, the DAPD. You know, shouldn't it be the Supreme Court? I understand you're referring to the Supreme Court. I don't see why you're referring to the LAPD authority. The statute itself has nothing to do with the LAPD authority. Why are you referring to the LAPD house in this court? There are two answers to that. The first is that I disagree with the LAPD. The LAPD constitutionality of the policy order is established on a particular form and I'm sticking toward it. All the consequences of using the LAPD constitutionality of the constitution is the Supreme Court. The second is that I think it's an investigation. My client never breached this agreement. My client is not a member of the brokerage order of the Supreme Court. The client who imposed the brokerage order, he's not a member of this agreement. This brokerage order is simply contrary to the constitution. It doesn't matter to him. He repeatedly imposed the brokerage order, and it never actually got that first round of appeal. I raised all the issues that were raised in this agreement. And, you know, obviously we all have the same brain. The client has to meet a new challenge in this court. He has to meet a new challenge in this case. And he has to provide a chance to that. And, of course, the agreement did not resolve for too many of the issues that I raised on this case. And, of course, it's not the right thing to do. It's not the right decision. But, you know, this case, in fact, needs support from the court. It needs support from the regents, so they're going to be in authority of this prior free-to-rate legislation. And I do not believe that this court is going to be better. I do not believe that this court is going to be better. It is pretty easy to start to just fall out of the bargain with the fact that you need a company from this court. It's not the right thing to do. It's not the right thing to do. It's just going to be a burden on the court system. And this court, basically, is going to do everything it can to not discourage this agreement. But I think it's really got this court to do the heavy work on all the issues that I'm going to be working on next time. So, in reality, this is going to be a continuation of the government's unfinished agreement. And we don't need to continue with it. So, we need to increase this agreement. It will be ever-changing. And another aspect of this, you know, just to give you more of a reason, we have labor-related laws. The labor-related laws are not clear at all. The government's situation and the government's arguments rely only on the fact that they believe that this agreement is clear and it's not stipulated in the law. Orbituary says up to a potential amount of money, up to a dollar amount. But there are a bunch of issues. I mean, you can't just write your KTEA or whatever you want. It's clear that it's developed. And you see the data about that. If you look at the KTEA, which is what you're hearing, and it talks about representation, and you just type in money, then you understand you could be, that you could get a 40-plus reputation order, up to $4.85 million. But in reality, representation would be much less. The judgment in this case is a representation order at about $3.4 million range. So, the agreement here is not clear. The reason that the problem that we're seeing here is that this is a consensus. It's not a competition consensus. And why is it illegal? It's illegal because there's no statutory authority for an orbituary under this statute. An orbituary is, in this particular case, you're a state agent. And if you're followed in the KTEA, you're a state agent. But that's complicated and complex because what he points to is about sparing the KTEA. If you're getting the KTEA, that's just what you would perceive. So, the KTEA has to approve the KTEA in order for it to be funded. And during an early-to-successful process, if you need to file a 695-87, which is like the 924-C call on Congress in Wisconsin, that's what it's clear on the board here. It's not a state-containing or the otherwise. It's not up to you. It could be something else, and it's just a strong eyesore violation. An orbituary relates to the Ohio State Office of Justice and the Intelligence Service. We're all in this together. We're all living in this together. We're all in this together. We're all in this together. And we're all facing this on the same page. And this actual violation of the Intelligence Office of Justice and the Intelligence Service is the only way in which we can fight it. But in grace, you can almost pass it out. So here's the 924-C context. This course tells you you do not need to be convicted in a crime since the start of the process. So there is a... That's a fine interpretation from my perspective. Because the argument here is somehow that the orbituary strategies incorporate, and they may not be the same as conviction. Because it's not a specified crime conviction. It's not that it doesn't exist. It's just that the orbituary has behaviors. There's no rise from violation of the Intelligence Office of Justice and the Intelligence Service jurisdictions, right? Or there's not. There's all sorts of exceptions to it. But it does tell us about its orbituaries and where they may not be located. Well, let's see here again. The culture is a complex picture. It's a 981 civil culture. But there are propensity to use 981. And you can filter through 981. So there's all sorts of things along those lines. There are very few simple filter superstates that include all the states. And the numbers between those states are fine. Since then, it has to be a specified crime conviction. So what was the key for basic research? And did you notice the orbituaries that may or may not be in each one of these cases? So I'm not going to get into those. And what do I mean by exempt actions? I think that's a good question. I mean, if we're going to get into the specifics here, I think we're very straight forward. We're going to look at each and every case as much as the criminal matter. First of all, that's supposed to be a rule of law. In theory, I haven't spoken to instances that are listed in the fine lines. And I don't know that every qualified jurisdiction in the United States has laws that you know about. In the University of Houston, Florida, I've seen instances that I haven't seen in their time and in other jurisdictions. There's SBCRs, defined in law violation assessments. Here, there's 1028. It's not listed in any of them. It's not listed in any of them. It's not listed in any of them. And it violates the Canada Penal Code. It's not listed in any of them. It's a key branch of the Penal Code. It violates the rule and adherence of these orbituary functions. The simple penalty fine in the orbituary is this punishment. The law and the consequences for it can increase as the punishment is expensive. There are many fraud charges. Excuse the word. Excuse the word. What I mean in bold is that there are fraud charges against this orbituary. And it helps. It's an aggravated crime. It's aggravated. Again, these charges are excused. Again, there are no fraudular offences or impunities that allow these sentiments to remain. Again, be prisoned. Again, the score from what I said is that the community-based orders are a serious problem with the constant costs of crucial of the search. The government's never made proposals or noticed the kind ofissions. It's asking them to identify what is not available through services like foster home. It's never done it. Again, I'm just excusing you. Again, I'm fine with that. There's a number of cases that are on the list. Whatever one person said, at least the number of cases we want, we're looking forward to going on that season. Those cases, they're all separated. It's important here. There's little way to district court to determine the amount of cases in a season of climate change, which leads to being constructively, at least constructively condensed. Also, what comes on our agenda this month is a series of documents that match the size of the definitions that we're going to have in the season. So thank you. Thank you. Any other questions? Okay. Good morning. This is Carl. Good morning. I just want to make these comments in reverse for our first follow-up video. It was a great news day, and a great news episode. But great to be in your song, and I'm a foster child. I just want to thank you for coming out. I'm sorry that I'm not here. I'm here just to talk to you. I'm here to talk to you about the pandemic. I hope this part of the commitment that a lot of the parties, a lot of the parties stipulated came out of our own choice. I think we're great to have you here. The government is not an independent organization. I think it's time for us to do what we can to help. We have no excuse to say that you're not an independent organization. And I have no excuse to suggest that you're not an independent organization. Carl, I just want to thank you. But I wanted to make the commitment that a lot of the parties stipulated that the government doesn't have an obligation. A lot of people said this report has to agree that it's a police-controlled, proposed arbitrary, and it can't stand out. It may require an independent choice. But the district court is bound by the stipulation, right? If the district court has reason to believe that that number is incorrect, I can't object to that. But if the district court says, I just think it's such a sad assumption, would you oppose it? No. I think you're right. The party is great to this. This is absolutely a commitment. We're going to agree to this for a long time. It goes back to, you know, I agree with the problem is that the defense can agree to this for a long time and then they say, oh, wait a second, there's a special case for it. Well, you know, you agree to it. But there's usually a kind of rule like this that's used for a particular clause. And it can be, you know, can the district court, you know, actually use a special case to say, I want you to look at it. And then, you know, sometimes the rule of that is expressed or something. Well, it's that, I feel like that's a super-explicit claim, but first of all, what is the difference? Well, I'm sorry, I didn't really seem to see that nonetheless governing the, I just, because the courts found that opinion or, you know, the district court, in some sense, made the ruling. Now, I guess, at this point, by the time that you come back, the other four questions have all been assessed, which is, you could see the same strategic percentage over all of those and the same for the short, or some of which are indicated, some of which are not. So, for whatever reason, just make it a no reason to go, just so you can come back to the book. Sure, it's only to tell you not to go into it. And again, that's within the court's discretion. And, in fact, because, like I said, the district court, they won't, so at least one isn't going to take much time, so the whole thing wasn't even true. And I don't think that you could see that the district court was not a part of the process, that this was formally funded. It was actually funded by the district court, of course. But, yeah, I think, you know, what we have here is the Constitution, and the Agreement for Independence, who are charged with a $4,000,000 pay-for-inheritance of multiple jobs, and pay for multiple jobs, and I think that's really fair. So, yes, and, you know, to that, and, you know, we really wanted to have some change, and we didn't. We weren't willing to we weren't willing to work on the forfeiture, but we, you know, we did have changes in the Agreement, where it should say $2,000,000 if it's independent, which, you know, two years in, no more, no less, yes, didn't have certainty. Now, this might have been all serious, this is a serious story, it was a big fight for me, and it might have been fair, but it's that, you know, now you have some changes you don't want to have to pay for, because that's the one that's specifically listed in the forfeiture statute, and how would it have been better for us to believe the risk you're bringing? Now, you've got a deadline range of $1.2 million loss, and now you don't want the deadline range as much as the other dependents who are in the 70-month range, right? And so, we could agree to something grammatical on Thursday, September 24th, but you're leaving that in the forfeiture until the defendant returns to you, because the independent person actually has to meet the agreement where the defendant acknowledges that the agreement could be in effect until September 24th. So, I think that's the appropriate way to agree our agreement except for the question on September 28th, and you're leaving the defendant in effect until September 23th, and you're referring this person only like involuntarily, but it's all constitutional and applicable to anything related to management, including the person who is the defendant that's being defined in the lawsuit, and this is the appellate waiver with respect to the forfeiture, the waiver to notice, the waiver to confront them, the two process requirements that have to be agreed constitutionally and legally  the appellate    constitutional and applicable waiver to the defendant that's being defined in the lawsuit. So, this is the appellate waiver with respect to the forfeiture that   has with respect to the defendant that's being defined in the lawsuit. So, this is    with  to the defendant  being defined in the    with respect to the  that's being defined
judges: Gould, Berzon, Tunheim